UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREENIE ANTHONY WEAVER
a/k/a JEROME WEAVER,

    Plaintiff,

    v.

MICHAEL HENNESSEY; et al.,

    Defendants.
                                         /

No. C 12-896 SI (pr)

**ORDER OF DISMISSAL**

      Mail that was sent on February 8, 2013 to plaintiff at the county jail address he provided was returned to the court undelivered on February 25, 2013, marked "return to sender - attempted - not known - unable to forward." Docket # 13. Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was first returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

      The clerk shall close the file.

      IT IS SO ORDERED.

Dated: May 3, 2013

_____
SUSAN ILLSTON
United States District Judge