UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREENIE ANTHONY WEAVER a/k/a JEROME WEAVER,

    Plaintiff,

  v.

MICHAEL HENNESSEY; et al.,

    Defendants.

No. C 12-896 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

    IT IS SO ORDERED AND ADJUDGED.

Dated: May 3, 2013

_____
SUSAN ILLSTON
United States District Judge