UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENIE ANTHONY WEAVER a/k/a JEROME WEAVER,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL HENNESSEY; et al.,<br><br>   Defendants.                            / | No. C 12-896 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 3, 2013

_____
SUSAN ILLSTON
United States District Judge